# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| **Sebastian Alexander Morris,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 5:16-cv-00219-RJC |
| | ) | 5:13-cr-00063-RJC-DCK |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| | ) | |
| Respondent, | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 8, 2017 Order.

September 8, 2017

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court